AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

FILED
08 DEC 18 PM 5:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Gilbert Ledesma

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of California | Central District of California | 3-08-70821 EMC | CR08-00713 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  x Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    21    U.S.C. §  846, 841(a)(1) and 841(b)(1)(A)

**DISTRICT OF OFFENSE**
Central District of California

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute and to possess with intent to distribute 5 kilograms or more of a mixture or substance containing cocaine and conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture of substance containing a detectable amount of methamphetamine or 50 grams or more of actual methamphetamine.

**CURRENT BOND STATUS:**

☐ Bail fixed at                        and conditions were not met
x Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
x Other (specify)  Defendant waived Rule 5 hearing. Bail set in SF stayed by LA Dist Court. Def.. ordered be detained.
Bond, if any, shall be transferred to the District of Offense

**Representation:**    x Retained Own Counsel    ☐ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X No    ☐ Yes    Language:

### NORTHERN DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |